**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**


**ABRA HORN**                                                              **PLAINTIFF**


**VERSUS**                                          **CIVIL ACTION NO. 1:08-cv-41KS-MTP**


**HARRISON COUNTY, et al; SHERIFF GEORGE
H. PAYNE, JR.; WARDEN DONALD A. CABANA;
CHAPLAIN JOE COLLINS; RHONDALYN ROGERS;
KARL STOLZE and RICK GASTON, Former Deputies**              **DEFENDANTS**


<u>**MEMORANDUM OPINION AND ORDER**</u>

This matter is before the court on a Motion to Dismiss **[#16]** filed on behalf of the

defendants Harrison County Sheriff's Department and Sheriff George Payne, Jr.  The

court, having reviewed the motion, the pleadings and exhibits on file, finding that the

plaintiff has failed to respond despite being given additional time to do so, and being

otherwise fully advised in the premises, finds that the motion should be granted.

The defendants Harrison County Sheriff's Department and Sheriff George

Payne, Jr. have moved the court to dismiss this action based on the failure of the

plaintiff to timely secure service of process on either of them within one hundred twenty

(120) days of the filing of the Complaint, which was filed on February 8, 2008.  The

plaintiff has apparently not even attempted service of process on either of these two

defendants.  Thus, the defendants contend that the plaintiff has not complied with the

requirements of Rule 4 of the Federal Rules of Civil Procedure regarding service of

process in a timely manner and has not sought an extension of time to do so.

The court notes that the plaintiff is represented by counsel and his counsel is charged with the responsibility of complying with the rules of this court and the Federal Rules of Civil Procedure. Clearly, in this instance, he has not complied with the requirements of Rule 4(m) regarding service of process within the time limit set by the rule. That subsection provides:

> **Time Limit for Service.** If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Rule 4(m), Fed. R. Civ. P.

The court finds that the plaintiff has not complied with the requirements of Rule 4 regarding timely service of process and has not attempted to offer any reason for his failure nor has he responded to this motion. The motion to dismiss should therefore be granted.

IT IS FURTHER ORDERED AND ADJUDGED that the Motion to Dismiss **[#16]** is Granted and the plaintiff's complaint against defendants Harrison County Sheriff's Department and Sheriff George Payne, Jr. is hereby dismissed without prejudice. A separate judgment will be entered herein in accordance with Rule 58, Fed. R. Civ. P.

SO ORDERED AND ADJUDGED this the 28th day of August, 2008.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE
