IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ABRA HORN                                                                 PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:08-cv-41KS-MTP

HARRISON COUNTY, et al; SHERIFF GEORGE
H. PAYNE, JR.; WARDEN DONALD A. CABANA;
CHAPLAIN JOE COLLINS; RHONDALYN ROGERS;
KARL STOLZE and RICK GASTON, Former Deputies        DEFENDANTS

## JUDGMENT

This matter is before the court on a Motion to Dismiss **[#16]** filed on behalf of the defendants Harrison County Sheriff's Department and Sheriff George Payne, Jr. The court, being fully advised in the premises and having entered a separate Memorandum Opinion and Order;

It is Ordered and Adjudged:

That the Motion to Dismiss **[#16]** is Granted and the plaintiff's complaint against defendants Harrison County Sheriff's Department and Sheriff George Payne, Jr. is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED this the 28th day of August, 2008.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE