IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ABRA HORN

VS.                                        CIVIL ACTION NO. 1:08cv41-KS-JMR

HARRISON COUNTY, MISSISSIPPI, ET. AL.

## MOTION FOR VOLUNTARY DISMISSAL

COMES NOW, the Plaintiff, Abra Horn, by an through her attorney of record, Michael W. Crosby, and hereby Moves the Court for Voluntarily Dismissal in the above styled and numbered cause per Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 18th day of February, 2008.

/s/ Michael W. Crosby
Michael W. Crosby, Attorney for Horn

## **CERTIFICATE OF SERVICE**

I, Michael W. Crosby, do hereby certify that I have this day filed electronically, a true and correct copy of the foregoing Motion for Voluntary Dismissal, and served, electronically, all those designated therein.

**SO CERTIFIED**, this the 18th day of February, 2008.

/s/ Michael W. Crosby
Michael W. Crosby
*Attorney for Plaintiff*