IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ABRA HORN

VS.                                            CIVIL ACTION NO. 1:08cv41-KS-JMR

HARRISON COUNTY, MISSISSIPPI, ET AL

## ORDER GRANTING VOLUNTARY DISMISSAL

This cause is before the Court on [25] motion of Plaintiff, Abra Horn, by and through her attorney of record, Michael W. Crosby, requesting a voluntary dismissal of the above styled and numbered cause pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the Court finds that same should be granted:

NOW, THEREFORE, IT IS HEREBY ORDERED that the above styled and numbered cause be and the same is hereby dismissed without prejudice and at costs of Plaintiff.

SO ORDERED on this, the 23rd day of February, 2009.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE