IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ABRA HORN

VS.                          CIVIL ACTION NO. 1:08cv41-KS-JMR

HARRISON COUNTY, MISSISSIPPI, ET. AL.

ORDER OF VOLUNTARY DISMISSAL

THIS CAUSE came on to be heard upon the Motion of Abra Horn, by an through her attorney of record, Michael W. Crosby, to Voluntarily Dismiss the above styled and numbered cause per Rule 41 of the Federal Rules of Civil Procedure, and the Court having heard and considered the same, finds the motion well taken and that it should be sustained. It is, therefore, ORDERED AND ADJUDGED that the above styled and numbered cause is hereby dismissed, without prejudice.

SO ORDERED AND ADJUDGED this the 2nd day of March, 2008.

_____
United States District Judge

_____
Michael W. Crosby, Attorney for Plaintiff

_____
Karen Young, Attorney for Defendant H.C.